# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICKY GILL

NO. 2025 KW 0115

**FEBRUARY 11, 2025**

---

In Re:     Ricky Gill, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Ascension, No. 49198.

---

**BEFORE:     McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

**WRIT GRANTED.** Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted. U.S. Const. amend. VIII. Before and during a trial, a person shall be bailable by sufficient surety, except when he is charged with a capital offense and the proof is evident and the presumption of guilt is great. See La. Const. art. I, § 18; see also La. Code Crim. P. art. 312(A). The Eighth Amendment mandates that when bail is granted, it may not be unreasonably high in light of the government's purpose for imposing bail. See **United States v. Salerno**, 481 U.S. 739, 754, 107 S.Ct. 2095, 2105, 95 L.Ed.2d 697 (1987). Based on the information presented to this court with regard to relator's charges, his previous criminal record, his willingness to abide by any conditions set by the court, and his lack financial ability to pay the amount of total bail of $2,650,000 set by the district court, this matter is remanded to the district court to review the charges against relator and the factors set forth in La. Code Crim. P. art. 316, and reduce relator's bond to a reasonable amount.

WIL
KEB

McClendon, C.J., dissents. I would issue an interim order for the State of Louisiana to file a response addressing the merits of relator's claims and invite the district court to file a *per curiam* in this matter.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT